IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00617-BNB

ELVIS WAYNE JONES,

    Plaintiff,

v.

TEXAS J-PAY, www.J-Pay.com.Services,
TEXAS TDCJ - INMATE TRUST FUND ACCOUNTS, and
TEXAS STATE-WIDE GOVERNMENT - COUNTYS [sic],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Elvis Wayne Jones, is a prisoner in the custody of the Texas Department of Criminal Justice at the Alfred D. Hughes Unit in Gatesville, Texas. He has filed *pro se* a motion (ECF No. 1), titled "Motion for Courts - Federal Law Complys [sic] Intervention," which generally is unintelligible  The Court reviewed the motion and determined it was deficient. Therefore, on February 27, 2014, Magistrate Judge Boyd N. Boland entered an order (ECF No. 3) directing Mr. Jones to cure enumerated deficiencies within thirty days if he wished to pursue his claims.

    The February 27 order pointed out that Mr. Jones failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form. The February 27 order also pointed out that Mr. Jones failed to submit a Prisoner Complaint on the proper, Court-approved form. The February 27 order directed Mr. Jones to obtain, with the assistance

of his case manager or the facility's legal assistant, the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The February 27 order warned Mr. Jones that the action would be dismissed without prejudice and without further notice if he failed to cure the designated deficiencies within thirty days.

On March 18, 2014, Mr. Jones filed two generally unintelligible motions (ECF Nos. 5 and 6), neither of which cured the designated deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for Mr. Jones's failure to cure the designated deficiencies as directed within the time allowed.

Even if Mr. Jones had cured the designated deficiencies, he is subject to a three-strikes order. *See Jones v. City of Austin*, No. 09-cv-00077-JWS (D. Alaska May 18, 2009) (ECF No. 8 in No. 09-cv-00077). He has at least four cases dismissed as legally frivolous. *See Jones v. Texas TDCJ ID*, No. 12-cv-00019-JAW (D. Me. Mar. 5, 2012) (dismissed pursuant to 28 U.S.C. § 1915(g) and § 1915A(b)(1) as legally frivolous and for failure to state a claim); *Jones v. City of Austin*, No. 09-cv-00077-JWS (D. Alaska May 18, 2009) (dismissed as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)); *Jones v. Beaumont Judicial Counsel*, 98-cv-01472 (E.D. Tex. Feb. 24, 1999) (dismissed as frivolous); and *Jones v. West*, 97-cv-00685 (E.D. Tex. Feb. 17, 1999) (dismissed as frivolous and for failure to state a claim). The Court may take judicial notice of its own records and files that are part of the Court's public records. *See St. Louis Baptist Temple, Inc. v. Fed. Deposit Ins. Corp.*, 605 F.2d 1169, 1172 (10th Cir. 1979). Federal law restricts eligibility for pauper status when a prisoner has

three or more civil suits dismissed for frivolousness or failure to state a valid claim.  *See* 28 U.S.C. § 1915(g).

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Jones files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Elvis Wayne Jones, to cure the deficiencies designated in the order to cure of February 27, 2014, within the time allowed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  11th  day of   April  , 2014.

BY THE COURT:


 s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court